SIGMUND JOSEPHSON et al., Respondents, *v.* GINSBURG REALTY COMPANY, Appellant, Impleaded with Others.

*Josephson v. Ginsburg Realty Co.*, 169 App. Div. 189, affirmed.
(Submitted December 10, 1917; decided January 8, 1918.)

APPEAL from a judgment, entered July 19, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant, appellant, entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiffs. The action was brought to foreclose a mortgage of $1,000 on certain property situated in the county of Bronx. The principal defense was a tender of payment in full before the commencement of the action, and the refusal by the plaintiffs of the tender.

*Louis B. Boudin* for appellant.

*Henry G. K. Heath* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.